**Richard Leon GROAT, Petitioner–Appellant,**

v.

**Michael COLEMAN, Acting Warden Mount Olive Correctional Center, Respondent–Appellee.**

No. 03–6399.

United States Court of Appeals, Fourth Circuit.

Submitted June 12, 2003.

Decided June 17, 2003.

Richard Leon Groat, Appellant Pro Se. Dawn Ellen Warfield, Office of the Attorney General of West Virginia, Charleston, West Virginia, for Appellee.

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Richard Leon Groat seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have independently reviewed the record and conclude that Groat has not made a substantial showing of the denial of a constitutional right. *See Miller v. Cockrell*, 537 U.S. 322, 123 S.Ct. 1029, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*